1  Barbara Hope O'Neill  #102968
   Attorney at Law
2  2014 Tulare Street, Suite 510
   Fresno, California 93721
3  Telephone:  (559) 459-0655
   Fax:  (559) 459-0556
4  Email:  tajfalaw@yahoo.com
   Attorney for Marco Mosqueda
5

6

7

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         Case No: 1:16-cr-00122-DAD-BAM
                                       (003)
12 |         Plaintiff,
                                       STIPULATION TO CHANGE
13 |    V.                             PRE-TRIAL RELEASE
                                       CONDITIONS
14 | MARCO MOSQUEDA,                   AND (~~PROPOSED~~) ORDER

15 |         Defendant.

16

17                       **STIPULATION**

18     Defendant by and through his counsel of record and Plaintiff by and through its counsel of

19 record hereby stipulate as follows:

20     **The following conditions be removed from the defendant's conditions of pre-trial release:**

21     The defendant shall: participate in the following Location Monitoring component and
       abide by all the requirements of the program, which will include use of a location monitoring
22     system.  You shall comply with all instructions for the use and operation of said devices as
       given to you by the Pretrial Services Agency and employees of the monitoring company.  You
23     shall pay all or part of the costs of the program based upon your ability to pay as determined
       by PSO HOME DETENYION.  You shall remain inside your residence at all times except for
24     employment, education, religious services, medical, substance abuse, or mental health
       treatment, attorney visits, court appearances, court ordered obligations, or other activities
25     pre-approved by the pretrial services officer.

26     **The following conditions be added to the defendant's conditions of pre-trial release:**

27     You shall participate in the following location monitoring component and abide by all the
       requirements of the program, which will include having a location monitoring unit installed
28

                                       1

in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: You shall remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or Court-ordered obligations.

All other pre-trial release conditions shall remain in full force and effect.

Defendant's pretrial services officer, Ryan Beckwith, agrees with the above stipulation and provided the language used.

IT IS SO STIPULATED

DATED: December 14, 2016         Respectfully submitted,

                                 /s/Barbara Hope O'Neill
                                 Barbara Hope O'Neill
                                 Attorney for Marco Mosqueda

DATED: December 14, 2016         /s/ Kimberly A. Sanchez
                                 Kimberly A. Sanchez
                                 Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **December 15, 2016**        /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE