1  Barbara Hope O'Neill  #102968
   Attorney at Law
2  Post Office Box 11825
   Fresno, California 93775
3  Telephone: (559) 459-0655
   Fax: (559) 459-0656
4  Email: tajfalaw@yahoo.com
5  Attorney for Marco Mosqueda

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                Case No.:  1:16-cr-00122 DAD BAM

12           Plaintiff,                      **STIPULATION TO CHANGE PRE-TRIAL
                                             RELEASE CONDITION AND
13       v.                                  (PROPOSED)  ORDER**

14  MARCO MOSQUEDA,

15           Defendant.

16

17                          **STIPULATION**

18       Defendant by and through his counsel of record and Plaintiff by and through its counsel of

19  record hereby stipulate as follows:

20       **The following conditions be removed from the defendant's conditions of pre-trial**

21  **release:**

22           You shall participate in the following location monitoring
             component and abide by all the requirements of the program, which
23           will include having a location monitoring unit installed in your
             residence and a radio frequency transmitter device attached to your
24           person.  You shall comply with all instructions for the use and
             operation of said devices as given to you by the Pretrial Services
25           Agency and employees of the monitoring company.  You shall pay
             all or part of the costs of the program based upon your ability to pay
26           as determined by the pretrial services officer; CURFEW:  You shall
             remain inside your residence every day from 9:00 PM to 6:00 AM,
27           or as adjusted the pretrial services officer for medical, religious
             services, employment of Court-ordered obligations.
28

                                    1

All other pre-trial release conditions shall remain in full force and effect.

Defendant's pretrial services officer, Dan Stark, agrees with the above stipulation.

IT IS SO STIPULATED

DATED: August 14, 2017                    Respectfully submitted,


                                          /s/Barbara Hope O'Neill
                                          BARBARA HOPE O'NEILL
                                          Attorney for Marco Mosqueda


DATED: August 14, 2017                    /s/Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney


**ORDER**


IT IS SO ORDERED.

    Dated:   **August 15, 2017**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE