BONAKDAR LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, MARCO MOSQUEDA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MARCO MOSQUEDA,<br><br>               Defendant. | CASE NO. 1:16-CR-00122-3 DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Sentence Date: April 8, 2019<br>Time: 10:00 a.m.<br>Courtroom 5<br>Hon. Dale A. Drozd |

WHEREAS the Sentencing Hearing has been scheduled in this matter for April 8, 2019.

WHEREAS Roger S. Bonakdar, counsel for Defendant Marco Mosqueda (herein "Mr. Mosqueda") requests additional time to meet with Mr. Mosqueda and to prepare the Presentence Investigation Report.

WHEREAS the purpose the meeting is to complete steps necessary for the Government to, and for the Court to apply, a "safety valve" and First Step compliant sentence. This will result in changes to the PSR and further informal and formal objections.

WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

1

THEREFORE, IT IS STIPULATED by and between the parties that the April 8, 2019, sentencing hearing be continued to July 15, 2019, or in the alternative to a date not less than 90 days from the April 8, 2019, sentencing date.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original. In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Dated: April 3, 2019     United States Attorney's Office

By: /s/Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

Dated: April 3, 2019     UNITED STATES PROBATION

/s/ Megan D. Pascual
MEGAN D. PASCUAL
United States Probation Officer

Dated: April 3, 2019     BONAKDAR LAW FIRM

By: /s/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendant
MARCO MOSQUEDA

ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the April 8, 2019 sentencing hearing is hereby continued to July 15, 2019.

IT IS FURTHER ORDERED that the deadlines for exchange of informal objections, and filing of formal objections and sentencing memoranda, shall be extended to reconcile with the continued Sentencing Hearing date.

IT IS SO ORDERED.

Dated: **April 4, 2019**

_____
UNITED STATES DISTRICT JUDGE