**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, MARCO MOSQUEDA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCO MOSQUEDA,<br><br>    Defendant. | CASE NO. 1:16-CR-00122-3 DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Sentence Date: July 15, 2019<br>Time: 10:00 a.m.<br>Courtroom 5<br>Hon. Dale A. Drozd |

  WHEREAS the Sentencing Hearing has been scheduled in this matter for July 15, 2019.

  WHEREAS Roger S. Bonakdar, counsel for Defendant Marco Mosqueda (herein "Mr. Mosqueda") requests a continuance of the July 15, 2019, Sentencing so that he may meet with Mr. Mosqueda and to complete steps necessary for the Government to, and for the Court to apply, a "safety valve" and First Step compliant sentence. This will result in changes to the PSR and further informal and formal objections.

  WHEREAS Mr. Mosqueda has not yet debriefed. This debriefing will have a significant impact on Mr. Mosqueda's sentencing guideline calculation, for safety valve purposes.

  Further, Mr. Mosqueda has not completed the sentencing video. Additional time is required to complete the sentencing video.

WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

THEREFORE, IT IS STIPULATED by and between the parties that the July 15, 2019, sentencing hearing be continued to October 21, 2019, or in the alternative to a date not less than 90 days from the July 15, 2019, sentencing date.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original. In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Dated: July 11, 2019　　　　　　　　　　United States Attorney's Office

　　　　　　　　　　　　　　　　　　By:　/s/Melanie L. Alsworth
　　　　　　　　　　　　　　　　　　　　MELANIE L. ALSWORTH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: July 11, 2019　　　　　　　　　　UNITED STATES PROBATION

　　　　　　　　　　　　　　　　　　　　/s/ Megan D. Pascual
　　　　　　　　　　　　　　　　　　　　MEGAN D. PASCUAL
　　　　　　　　　　　　　　　　　　　　United States Probation Officer

Dated: July 11, 2019　　　　　　　　　　BONAKDAR LAW FIRM

　　　　　　　　　　　　　　　　　　By:　/s/ Roger S. Bonakdar
　　　　　　　　　　　　　　　　　　　　ROGER S. BONAKDAR
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　MARCO MOSQUEDA

ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the July 15, 2019, Sentencing hearing is hereby continued to October 22, 2019.

IT IS FURTHER ORDERED that the deadlines for exchange of informal objections, and filing of formal objections and sentencing memoranda, shall be extended to reconcile with the continued Sentencing Hearing date.

IT IS SO ORDERED.

Dated: __**July 12, 2019**__    _____
UNITED STATES DISTRICT JUDGE