**Bonakdar Law Firm**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, MARCO MOSQUEDA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>MARCO MOSQUEDA,<br><br>               Defendant. | CASE NO. 1:16-CR-00122-3 DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Sentence Date: October 21, 2019<br>Time: 10:00 a.m.<br>Courtroom 5<br>Hon. Dale A. Drozd |

      WHEREAS the Sentencing Hearing has been scheduled in this matter for October 21, 2019.

      WHEREAS Roger S. Bonakdar, counsel for Defendant Marco Mosqueda (herein "Mr. Mosqueda") requests a continuance of the October 21, 2019, Sentencing so that he may meet with Mr. Mosqueda and complete the sentencing video.

      WHEREAS the videographer had availability issues, and the sentencing video is not yet ready for presentation.

      WHEREAS Mr. Mosqueda has de-briefed and is now safety valve eligible.

      WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

1

THEREFORE, IT IS STIPULATED by and between the parties that the October 21, 2019, sentencing hearing be continued to December 16, 2019, or in the alternative to a date not less than 60 days from the October 21, 2019, sentencing date.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original. In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Dated: October 18, 2019     United States Attorney's Office

By: /s/Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

Dated: October 18, 2019     UNITED STATES PROBATION

/s/ Megan D. Pascual
MEGAN D. PASCUAL
United States Probation Officer

Dated: October 18, 2019     BONAKDAR LAW FIRM

By: /s/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendant
MARCO MOSQUEDA

ORDER

The parties' stipulation to continue the sentencing hearing having come before this Court and good cause appearing therefore, the October 21, 2019, sentencing hearing is hereby continued to December 16, 2019. The deadlines for exchange of informal objections, and filing of formal objections and sentencing memoranda, are extended to reconcile with the new sentencing hearing date. No further continuances of the sentencing hearing will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: __**October 18, 2019**__   _____
UNITED STATES DISTRICT JUDGE